**Dismiss; Opinion Filed February 11, 2013.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-00722-CV

---

**VIRTUAL INTEGRATED PARALEGAL SERVICES, INC. AND BRANDON LLOYD,**
**Appellants**
**V.**
**LISA JOHNSON, Appellee**

---

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15073**

---

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

By letter dated May 29, 2012 we notified appellants the $175 filing fee was due. We cautioned appellants that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Also by letter dated May 29, 2012, we notified appellants they had not filed a docketing statement. We directed appellants to file a docketing statement within ten days. We cautioned appellants that failure to do so might result in the dismissal of this appeal. To date, appellants have not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(b),(c).

_____
LANA R. MYERS
JUSTICE

120722F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

VIRTUAL INTEGRATED PARALEGAL SERVICES, INC. AND BRANDON LLOYD, Appellant

No. 05-12-00722-CV    V.

LISA JOHNSON, Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-15073.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee LISA JOHNSON recover her costs of this appeal from appellants VIRTUAL INTEGRATED PARALEGAL SERVICES, INC. AND BRANDON LLOYD.

Judgment entered this February 11, 2013.

_____
LANA MYERS
JUSTICE